**No. 45525.**—Protest 46499–K of Rolls Razor, Inc. (New York).

Opinion by DALLINGER, J. It was found that the merchandise is not in chief value of copper but contains more than 4 percent. The protest was accordingly sustained.

BEFORE THE SECOND DIVISION, MARCH 11, 1941

**No. 45526.**—Protests 18205–K (B), etc., of Fawn Brands, Ltd. (New York).

Opinion by KINCHELOE, J. It appeared that the merchandise is of the same character as that passed upon in *Marr* v. *United States* (4 Cust. Ct. 156, C. D. 311) and Abstract 43786. The claim at 5 cents per pound and 15 percent ad valorem under paragraph 1405 was therefore sustained.

**No. 45527.**—Protests 47111–K, etc., of Wm. Filene's Sons Co. et al. (Boston and St. Louis).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45528.**—Protests 708388–G, etc., of H. S. Grattan Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45529.**—Protests 22217–K, etc., of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of cloissonné boxes, covered bowls, jars, and vases chiefly used in the kitchen or household. The claim at 40 percent under paragraph 339 was therefore sustained. Abstracts 42727, 43520, and 39482 followed.

BEFORE THE THIRD DIVISION, MARCH 11, 1941

**No. 45530.**—Protests 983004–G, etc., of Chong Lung & Co. et al. (New York).

Opinion by EVANS, J. It was stipulated that certain items consist of crude drugs and others of drugs sliced. The protests were sustained on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372).